# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMES C. MAY, ADC #137749                                                      PLAINTIFF

v.                               No. 1:12CV00115-JLH-JJV

MICHELLE WILLIAMS, Major,
North Central Unit, ADC; *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    The Amended Complaint (Doc. No. 6) is DISMISSED for failure to state a claim on which relief may be granted.

2    This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.    The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment dismissing this action is not taken in good faith. 28 U.S.C. § 1915(a)(3).

SO ORDERED this 3rd day of January, 2013.

```
                                    /s/ J. Leon Holmes
                                    _____
                                    J. LEON HOLMES
                                    UNITED STATES DISTRICT JUDGE
```